**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-1742**

DENNIS FINBARR MURPHY,

          Plaintiff - Appellant,

     v.

SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; CUSTOMS AND BORDER PROTECTION,

          Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:17-cv-00147-GMG-RWT)

Submitted:  October 17, 2019          Decided:  October 21, 2019

Before MOTZ and QUATTLEBAUM, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dennis Finbarr Murphy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Finbarr Murphy appeals the district court's order granting Defendants summary judgment on his employment-related claims, including his religion and national origin discrimination claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2019). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Murphy v. DHS*, No. 3:17-cv-00147-GMG-RWT (N.D.W. Va. July 11, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*